FILED

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IGNACIO MIRANDA JR.,

    Petitioner,        No. CIV S-06-0195 MCE KJM P

    vs.

THOMAS L. CAREY,

    Respondent.       <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a document which the court construes as an application for a writ of habeas corpus under 28 U.S.C. § 2254[1] and a request to proceed in forma pauperis. In his application, petitioner challenges a conviction issued by the Stanislaus County Superior Court. Stanislaus County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

/////

---

[1] Petitioner titles his request for relief "Petition For Coram Nobis." The court construes this as an application for writ of habeas corpus as the relief petitioner seeks is an early release from prison. <u>Preiser v. Rodriguez</u>, 411 U.S. 475, 500 (1973).

1

division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721

DATED: 10/16/06

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
mira0195.109

2