IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO MIRANDA, JR.  )<br>  )<br>  Petitioner,  )<br>  )<br>vs.  )<br>  )<br>  )<br>THOMAS L. CAREY, Warden,  )<br>  )<br>  Respondent.  )<br>  )<br>_____  ) | 1:06-cv-01448-AWI WMW HC<br><br>ORDER REQUIRING PETITION TO FILE PETITION ON CORRECT FORM |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    Although he is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Petitioner has filed only a petition for writ of coram nobis in this court. This case cannot proceed without the filing of the proper petition. Accordingly, the Clerk of the Court is HEREBY DIRECTED to send Petitioner a copy of the form for a Section 2254

1 petition.  Petitioner is HEREBY ORDERED to complete that form and file it with this court
2 within thirty (30) days.  Petitioner's failure to do so will result in the dismissal of this case.

5 IT IS SO ORDERED.

6 **Dated:   April 10, 2007**               _____**/s/  William M. Wunderlich**_____
                                            UNITED STATES MAGISTRATE JUDGE