IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IGNACIO MIRANDA JR.,

      Petitioner,                    No. 1:06-CV-01448 ALA HC

      vs.

THOMAS L. CAREY,

      Respondent.                <u>ORDER</u>

_____/

      Petitioner Ignacio Miranda Jr., is a state prisoner proceeding pro se and in forma pauperis. Examination of the amended petition reveals that Petitioner has failed to specify appropriate grounds for relief and has failed to state facts supporting each ground. *See* Rule 2(c), Rules Governing § 2254 Cases. Petitioner is reminded that federal habeas relief is appropriate only for a violation a federal law or the United States Constitution. 28 U.S.C. § 2254(a) (1996).

      Therefore, IT IS HEREBY ORDERED that:

           1. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty-five (35) days from the date of this order;

           2. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

           3. The Clerk of the Court is directed to send Petitioner the court's form for

1

1 petition for writ of habeas corpus.

2 /////

3 DATED: November 29, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation