IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IGNACIO MIRANDA JR.,

      Petitioner,                  No. 1:06-CV-01448 ALA HC

      vs.

THOMAS L. CAREY,

      Respondent.               <u>ORDER</u>

_____/

     Petitioner Ignacio Miranda Jr., is a state prisoner proceeding pro se and in forma pauperis. On November 30, 2007, this court dismissed petitioner's petition for habeas corpus with leave to file an amended petition within thirty-five days. Petitioner has failed to do so.

     Therefore, IT IS HEREBY ORDERED that petitioner show cause within twenty-one (21) days of the date of this order as to why this matter should not be dismissed for petitioner's failure to file an amended petition.

/////

DATED: February 15, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation