IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IGNACIO MIRANDA JR.,

        Petitioner,                No. 1:06-CV-01448 ALA HC

     vs.

THOMAS L. CAREY,

        Respondent.          <u>ORDER</u>

_____/

      Petitioner Ignacio Miranda Jr., is a state prisoner proceeding pro se and in forma pauperis. On November 30, 2007, this court dismissed petitioner's petition for habeas corpus with leave to file an amended petition within thirty-five days. Petitioner failed to do so. On February 19, 2008, petitioner was ordered to show cause within twenty-one days as to why this matter should not be dismissed for petitioner's failure to file an amended petition. Petitioner failed to respond to that order.

      Therefore, IT IS HEREBY ORDERED that petitioner petition is DISMISSED.

/////

DATED: March 21, 2008

                                             /s/ Arthur L. Alarcón
                                             UNITED STATES CIRCUIT JUDGE
                                             Sitting by Designation